CO-386-online
10/03

# United States District Court
# For the District of Columbia

MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., )
AND VICTOR COMPANY OF JAPAN, LIMITED )
)
)
              vs    Plaintiff )    Civil Action No._____
)
PAPST LICENSING GmbH & CO., )
KG, , )
)
              Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Matsushita Electric Industrial Co., Ltd.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Matsushita Electric Industrial Co., Ltd__ which have any outstanding securities in the hands of the public:

   Victor Company of Japan, Limited

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Signature_

460362
BAR IDENTIFICATION NO.

Adam K. Levin
Print Name

555 Thirteenth Street, N.W.
Address

Washington   D.C.   20004-1109
City          State      Zip Code

(202) 637-6846
Phone Number