CO-386-online
10/03

# United States District Court
# For the District of Columbia

MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., )
and VICTOR COMPANY OF JAPAN, LIMITED )
)
)
)
           vs        Plaintiff )    Civil Action No._____
)
PAPST LICENSING GmbH & CO., )
KG, )
)
           Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Victor Company of Japan, Limited.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Victor Company of Japan, Limited  which have any outstanding securities in the hands of the public:

Matsushita Electric Industrial Co., Ltd.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_(signature)_

460362
BAR IDENTIFICATION NO.

Adam K. Levin
Print Name

555 Thirteenth Street, N.W.
Address

Washington    D.C.    20004-1109
City          State    Zip Code

(202) 637-6846
Phone Number