UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., and VICTOR COMPANY OF JAPAN, LTD., <br><br>  Plaintiffs, <br><br> v. <br><br> PAPST LICENSING GmbH & Co. KG <br><br> Defendant. | Civil Action No.  1:07 CV 01222 <br><br> Judge:  Gladys Kessler |

### PAPST'S LCvR 7.1 CERTIFICATE

I, the undersigned, counsel of record for Papst Licensing GmbH & Co. KG certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Papst Licensing GmbH & Co. KG which have any outstanding securities in the hands of the public:  <u>None.</u>  These representations are made in order that judges of this Court may determine the need for recusal.

Date:  23 August 2007

Respectfully submitted,

_Campbell Killefer_
Campbell Killefer (Bar. No. 268433)
VENABLE LLP
575 7th Street, NW
Washington, DC 20004
(202) 344-4000
(202) 344-8300 (fax)

*Counsel for Papst Licensing GbmH & Co. KG:*

Of Counsel:
Jerold B. Schnayer
WELSH & KATZ, LTD.
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606
(312) 655-1500
(312) 655-1501 (fax)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of **PAPST'S LR 7-1 CERTIFICATE** was served upon the following counsel for Plaintiffs Matsushita Electric Industrial Co., Ltd. and Victor Company of Japan, Limited through the Court's ECF electronic service and by regular U.S. mail, postage prepaid, this 23rd day of August 2007:

HOGAN & HARTSON LLP

Adam K. Levin
555 Thirteenth Street NW
Washington, D.C. 20004

Richard de Bodo
Rachel M. Capoccia
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067

_____
Campbell Killefer