UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MATSUSHITA ELECTRIC INDUSTRIAL
CO., LTD., et al.,

        Plaintiffs,

        v.

PAPST LICENSING GmbH & CO.,

        Defendant.

Civil Action No. 1:07-CV-01222 (GK)

### MOTION FOR ADMISSION PRO HAC VICE OF RICHARD DE BODO

        I, Adam K. Levin, an active member of the Bar of this Court, respectfully move the Court for the admission *pro hac vice* of Richard de Bodo, a member in good standing of the bar of the State of California.

        As set forth in a copy of the Applicant's application, a copy of which is attached hereto, he has declared under penalty of perjury:

        (1)    That he is a member in good standing of the highest court of the foregoing state;

        (2)    That there are no disciplinary complaints pending against him for violation of the rules of the courts of that state;

        (3)    That he has not applied for admission *pro hac vice* in this court within the last two years;

        (4)    That he has not been suspended or disbarred for disciplinary reasons from practice in any court; and

\\\DC - 088570/000009 - 2595211 v1

      (5)    That he does not practice or hold out to practice law in the District of Columbia except as may be expressly permitted by District of Columbia Court of Appeals Rule 49(c)(8).

The Applicant declares that he is familiar with the Code of Professional Responsibility, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules of this Court, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

Dated: August 27, 2007                  HOGAN & HARTSON LLP

/s/ Adam K. Levin
Adam K. Levin (D.C. Bar No. 460362)
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-6846
Telecopier: (202) 637-5910
E-Mail: aklevin@hhlaw.com

ATTORNEYS FOR PLAINTIFFS
MATSUSHITA ELECTRIC INDUSTRIAL CO.,
LTD. AND VICTOR COMPANY OF JAPAN,
LTD.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MATSUSHITA ELECTRIC INDUSTRIAL
CO., LTD., et al.,

        Plaintiffs,

        v.

PAPST LICENSING GmbH & CO.,

        Defendant.

Civil Action No. 1:07-CV-01222 (GK)

**DECLARATION OF RICHARD DE BODO
FOR ADMISSION PRO HAC VICE**

I declare under the penalty of perjury:

(1) That I am a member in good standing of the highest court of the State of California;

(2) That there are no disciplinary complaints pending against me for violation of the rules of the courts of the State of California;

(3) That I have not been suspended or disbarred for disciplinary reasons from practice in any court;

(4) That I have not applied for admission *pro hac vice* in this court within the last two years;

(5) That my work will be supervised at all times by Adam K. Levin, a member in good standing of the Bar of this Court; and

(6)   That I do not practice or hold out to practice law in the District of Columbia except as may be expressly permitted by District of Columbia Court of Appeals Rule 49(c)(8).

*Richard de Bodo*
Richard de Bodo

Dated: August 24, 2007

\\\DC - 088570/000009 - 2595211 v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MATSUSHITA ELECTRIC INDUSTRIAL
CO., LTD., <u>et al.</u>,

        Plaintiffs,

        v.

PAPST LICENSING GmbH & CO.,

        Defendant.

Civil Action No. 1:07-CV-01222 (GK)

## ORDER GRANTING ADMISSION PRO HAC VICE

Upon the motion of Adam K. Levin, an active member of the District of Columbia Bar and the Bar of this Court, for the admission *pro hac vice* of Richard de Bodo, a member in good standing of the bar of the State of California, considering the motion and attachments thereto, it is hereby

ORDERED, that Richard de Bodo is admitted *pro hac vice* to practice in this case.

DATED this _____ day of _____, 2007

_____
The Hon. Gladys Kessler
United States District Court Judge

\\\DC - 088570/000009 - 2595211 v1