UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MATSUSHITA ELECTRIC INDUSTRIAL
CO., LTD., et al.,

        Plaintiffs,

        v.

PAPST LICENSING GmbH & CO.,

        Defendant.

Civil Action No. 1:07-CV-01222 (GK)

**MOTION FOR ADMISSION PRO HAC VICE OF RACHEL M. CAPOCCIA**

        I, Adam K. Levin, an active member of the Bar of this Court, respectfully move the Court for the admission *pro hac vice* of Rachel M. Capoccia, a member in good standing of the bar of the State of California.

        As set forth in a copy of the Applicant's application, a copy of which is attached hereto, she has declared under penalty of perjury:

        (1)    That she is a member in good standing of the highest court of the foregoing state;

        (2)    That there are no disciplinary complaints pending against him for violation of the rules of the courts of that state;

        (3)    That she has not applied for admission *pro hac vice* in this court within the last two years;

        (4)    That she has not been suspended or disbarred for disciplinary reasons from practice in any court; and

(5) That she does not practice or hold out to practice law in the District of Columbia except as may be expressly permitted by District of Columbia Court of Appeals Rule 49(c)(8).

The Applicant declares that she is familiar with the Code of Professional Responsibility, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules of this Court, and understands that she shall be subject to the disciplinary jurisdiction of this Court.

Dated:  August 27, 2007               HOGAN & HARTSON LLP

/s/  Adam K. Levin
Adam K. Levin (D.C. Bar No. 460362)
555 Thirteenth Street, NW
Washington, DC  20004
Telephone: (202) 637-6846
Telecopier: (202) 637-5910
E-Mail: aklevin@hhlaw.com

ATTORNEYS FOR PLAINTIFFS
MATSUSHITA ELECTRIC INDUSTRIAL CO.,
LTD. AND VICTOR COMPANY OF JAPAN,
LTD.

\\\DC - 088570/000009 - 2595218 v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MATSUSHITA ELECTRIC INDUSTRIAL
CO., LTD., et al.,

        Plaintiffs,

        v.

PAPST LICENSING GmbH & CO.,

        Defendant.

Civil Action No. 1:07-CV-01222 (GK)

## DECLARATION OF RACHEL M. CAPOCCIA
## FOR ADMISSION PRO HAC VICE

I declare under the penalty of perjury:

(1)    That I am a member in good standing of the highest court of the State of California;

(2)    That there are no disciplinary complaints pending against me for violation of the rules of the courts of the State of California;

(3)    That I have not been suspended or disbarred for disciplinary reasons from practice in any court;

(4)    That I have not applied for admission *pro hac vice* in this court within the last two years;

(5)    That my work will be supervised at all times by Adam K. Levin, a member in good standing of the Bar of this Court; and

2

(6) That I do not practice or hold out to practice law in the District of Columbia except as may be expressly permitted by District of Columbia Court of Appeals Rule 49(c)(8).

_____
Rachel M. Capoccia

Dated: August 24, 2007

\\\DC - 088570/000009 - 2595218 v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PAPST LICENSING GmbH & CO.,<br><br>Defendant. | Civil Action No. 1:07-CV-01222 (GK) |

ORDER GRANTING ADMISSION PRO HAC VICE

Upon the motion of Adam K. Levin, an active member of the District of Columbia Bar and the Bar of this Court, for the admission *pro hac vice* of Rachel M. Capoccia, a member in good standing of the bar of the State of California, considering the motion and attachments thereto, it is hereby:

ORDERED, that Rachel M. Capoccia is admitted *pro hac vice* to practice in this case.

DATED this _____ day of _____, 2007

_____
The Hon. Gladys Kessler
United States District Court Judge

\\\DC - 088570/000009 - 2595218 v1