# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MATSUSHITA ELECTRIC INDUSTRIAL CO.

        Plaintiff

v.

PAPST LICENSING GmbH & CO. KG

        Defendant

Civil Case Number 07-1222 (RMC)

Category    E

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on November 9, 2007 from Judge Gladys Kessler to Judge Rosemary M. Collyer by direction of the Calendar Committee.

(Reassigned as related to 06cv1751 and 07cv1118)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Kessler & Courtroom Deputy
       Judge Collyer & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk