UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATSUSHITA ELECTRICAL INDUSTRIAL CO, LTD., and VICTOR COMPANY OF JAPAN, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>PAPST LICENSING GMBH & CO. KG,<br>Defendant. | Civil Action No. 1:07 CV 01222<br><br><br>Judge: Gladys Kessler |

## NOTICE OF ENTRY OF APPEARANCE

Please note the appearance of the undersigned as co-counsel for the defendant.

Respectfully submitted,

 /s/  Robert F. Muse_____
Robert F. Muse (Bar No. 166868)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Ave., NW, Suite 1100
Washington, D.C. 20036
rmuse@steinmitchell.com
(202) 737-7777

 /s/  Jacob A. Stein _____
Jacob A. Stein (Bar. No. 052233)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Ave., NW, Suite 1100
Washington, D.C. 20036
jstein@steinmitchell.com
(202) 737-7777

 /s/  Joshua A. Levy_____
Joshua A. Levy (Bar. No. 475108)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Ave., NW, Suite 1100
Washington, D.C. 20036
jlevy@steinmitchell.com
(202) 737-7777

**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was served upon the following counsel for Plaintiffs Matshushita Electrical Industrial Co., Ltd., and Victor Company of Japan, Ltd. through the Court's ECF electronic service and U.S. First Class mail, postage prepaid, this 12th day of November, 2007:


HOGAN & HARTSON LLP

Adam K. Levin
555 Thirteenth St. NW
Washington, D.C. 20004

Richard de Bodo
Rachel M. Capoccia
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
**Counsel for Plaintiffs Matsushita Electrical Industrial Co., Ltd., and Victor Company of Japan, Ltd.**


                                                /s/ Robert F. Muse
                                                Robert F. Muse