UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATSUSHITA ELECTRICAL INDUSTRIAL CO., LTD., and VICTOR COMPANY OF JAPAN, LTD.<br><br>Plaintiffs,<br><br>v.<br><br>PAPST LICENSING GMBH & CO. KG.,<br>Defendant. | Civil Action No. 1:07 CV 01222<br><br><br>Judge: Gladys Kessler |

### NOTICE OF WITHDRAWAL AS COUNSEL FOR PAPST LICENSING

PLEASE TAKE NOTICE that Campbell Killefer of Venable LLP hereby withdraws as co-counsel for Defendant Papst Licensing GmbH & Co. KG ("Papst"). Robert F. Muse, Jacob A. Stein and Joshua A. Levy of the law firm Stein, Mitchell & Mezines LLP filed their Notice of Entry of Appearance as substitute local counsel on November 12, 2007 (Docket No. 13). Both Papst and Welsh & Katz Ltd., national counsel for Papst, have consented to Mr. Killefer's withdrawal.

Dated: November 13, 2007

Respectfully submitted,

*Campbell Killefer* (signature)

Campbell Killefer (D.C. Bar No. 268433)
VENABLE LLP
Terrell Place
575 7th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 344-8196
Facsimile: (202) 344-8300
Email: ckillefer@venable.com

Counsel for Defendant/Counter-Plaintiff
Papst Licensing GmbH & Co. KG

## **CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing was served upon the following counsel for Plaintiff Matsushita Electrical Industrial Co. through the Court's ECF electronic service and U.S. First Class mail, postage prepaid, this 13th day of November, 2007:

HOGAN & HARTSON LLP

Adam K. Levin
555 Thirteenth Street, N.W.
Washington, D.C. 20004

Richard de Bodo
Rachel M. Capoccia
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067

**Counsel for Plaintiffs Matsushita Electrical Industrial Co., Ltd., and Victor Company of Japan, Ltd.**

_____
Campbell Killefer