## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE PAPST LICENSING GMBH & CO. KG LITIGATION** <br><br> _____ <br><br> **This Document Relates To:** <br> **ALL CASES** | **Misc. Action No. 07-493 (RMC)** <br> **MDL Docket No.  1880** |

### <u>MOTION TO WITHDRAW AS COUNSEL FOR PAPST LICENSING</u>

PLEASE TAKE NOTICE that Richard W. McLaren, Jr. of Welsh & Katz, Ltd. hereby withdraws as co-counsel for Papst Licensing GmbH & Co. KG ("Papst").  Papst, Stein, Mitchell & Mezines, LLP, Papst's local counsel, and Welsh & Katz, Ltd., Papst's national counsel, have consented to Mr. McLaren's withdrawal as counsel for Papst in this action.

Dated: January 3, 2008                    Respectfully submitted,


_Richard WM McLaren Jr_
_____
Richard W. McLaren, Jr. (IL Bar No. 06240763)


____/s_____
Robert F. Muse
STEIN, MITCHELL & MEZINES
Suite 1100
1100 Connecticut Avenue, N.W.
Washington, D.C.  20036


____/s_____
Jerold B. Schnayer
Welsh & Katz, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, Illinois  60606

*Counsel for Papst Licensing GmbH & Co. KG*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing document to be served upon all counsel of record by the CM/ECF system on January 3, 2008.


_____s/_____
Counsel for Papst Licensing GmbH & Co KG